# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DANIEL E. EVANS
- Case Number: 18-21007-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 27, 2018 01:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#5 - Final Confirmation of Plan Dated 3/9/2018 (NFC)
R / M #: 5 / 0

**Appearances:**

- Debtor: Frye
- Trustee: Winnecour / Paitl / Katz / DeSimone
- Creditor:

*Con't for plan review.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/15/18 at 2:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/20/2018  10:09:34AM