**Form 235**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

27 − 5  
dbas

In re:  :  Bankruptcy Case No.: 18−21007−GLT  
:  
:  Chapter: 13  
:  Issued per the November 15, 2018 Proceeding

**Daniel E. Evans**  
    Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*  **PLAN CONFIRMATION:**

      IT IS HEREBY ORDERED that the Plan dated March 9, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*  **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: November 16, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21007-GLT
Daniel E. Evans                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Nov 16, 2018
                              Form ID: 235            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db          +Daniel E. Evans,    1024 Fells Church Road,    Belle Vernon, PA 15012-4701
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14793416    +Barclaycard,    PO Box 8802,    Wilmington, DE 19899-8802
14793417     Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14793420     Citibank (Best Buy),    PO Box 9001007,    Louisville, KY 40290-1007
14793419     Citibank (Best Buy),    PO Box 6497,    Sioux Falls, SD 57117-6497
14793421     Discover Financial Services,    PO Box 742655,    Cincinnati, OH 45274-2655
14793424     PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
14853080    +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14793422     Peoples Natural Gas,    P.O. Box 9035,    Addison, TX 75001-9035
14809817    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14793427     Westmoreland Regional Hospital,    PO Box 1280,    Oaks, PA 19456-1280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14796669     E-mail/Text: mrdiscen@discover.com Nov 17 2018 02:29:19     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14850955     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2018 02:36:01
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14833697     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 02:35:57
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14793426    +E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 02:30:55
              Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank, N.A. as Trustee for the GSAMP Trust 200
14793418*    Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14793425*    PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
14853072*    Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14793423   ##Peoples Natural Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
                                                                                TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Daniel E. Evans chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. as Trustee for the GSAMP Trust 2007-H1,
               Mortgage Pass-Through Certificates, Series 2007-H1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5