UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/23/23 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DANIEL E. EVANS

         Debtor(s)
  Ronda J. Winnecour, Trustee
         Movant
         vs.
  DANIEL E. EVANS

         Respondents

Case No.18-21007GLT

Chapter 13

Related to Docket No. 39

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  23rd Day of March, 2023  , it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Postal Svc-Authorized Agent
Acctg Svc Ctr - Idu*
2825 Lone Oak Pkwy
Eagan, MN 55121

is hereby ordered to immediately terminate the attachment of the wages of DANIEL E. EVANS, social security number XXX-XX-1127. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL E. EVANS.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 18-21007-GLT
Daniel E. Evans                                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                 Page 1 of 2
Date Rcvd: Mar 23, 2023                      Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

**Recip ID              Recipient Name and Address**
db                     + Daniel E. Evans, 1024 Fells Church Road, Belle Vernon, PA 15012-4701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023                               Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

**Name**                         **Email Address**

Brian Nicholas
                                on behalf of Creditor U.S. Bank  N.A. as Trustee for the GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1 bnicholas@kmllawgroup.com

Christopher M. Frye
                                on behalf of Debtor Daniel E. Evans chris.frye@steidl-steinberg.com
                                julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Maria Miksich
                                on behalf of Creditor U.S. Bank  N.A. as Trustee for the GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1 mmiksich@kmllawgroup.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6