**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL E. EVANS<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:18-21007<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/16/2018 and confirmed on 4/20/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,259.68 |
| Less Refunds to Debtor | 961.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,298.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 4,363.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,763.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 79,223.00 | 0.00 | 79,223.00 |
|     Acct: 1956 | | | | |
|   US BANK NA - TRUSTEE | 2,953.10 | 2,953.10 | 0.00 | 2,953.10 |
|     Acct: 1956 | | | | |
| | | | | 82,176.10 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL E. EVANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL E. EVANS | 729.24 | 729.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL E. EVANS | 232.16 | 232.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 7,441.89 | 869.12 | 0.00 | 869.12 |
|     Acct: 5433 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 3,935.57 | 459.63 | 0.00 | 459.63 |
|     Acct: 2398 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 3,057.35 | 357.06 | 0.00 | 357.06 |
|     Acct: 7867 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,030.28 | 353.90 | 0.00 | 353.90 |
|     Acct: 9331 | | | | |
|   DISCOVER BANK(*) | 12,332.46 | 1,440.28 | 0.00 | 1,440.28 |
|     Acct: 3054 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 437.97 | 51.15 | 0.00 | 51.15 |
|     Acct: 3047 | | | | |
|   PNC BANK NA | 13,024.26 | 1,521.07 | 0.00 | 1,521.07 |
|     Acct: 3512 | | | | |
|   PNC BANK NA | 2,627.91 | 306.90 | 0.00 | 306.90 |

18-21007 Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: 4442 | | | | | |
| | WESTMORELAND REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1416 | | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 5,359.11 |
| **TOTAL PAID TO CREDITORS** | | | | | 87,535.21 |

TOTAL CLAIMED
PRIORITY             0.00
SECURED          2,953.10
UNSECURED       45,887.69

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DANIEL E. EVANS

         Debtor(s)

   Ronda J. Winnecour
            Movant
         vs.
   No Repondents.

Case No.:18-21007

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                      Case No. 18-21007-GLT

Daniel E. Evans                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                    User: auto                                                                Page 1 of 2

Date Rcvd: May 26, 2023                                 Form ID: pdf900                                         Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel E. Evans, 1024 Fells Church Road, Belle Vernon, PA 15012-4701 |
| 14793423 | | Peoples Natural Gas, PO Box 6766, Pittsburgh, PA 15212-0766 |
| 14793422 | | Peoples Natural Gas, P.O. Box 9035, Addison, TX 75001-9035 |
| 14793427 | | Westmoreland Regional Hospital, PO Box 1280, Oaks, PA 19456-1280 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 27 2023 00:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14793416 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 27 2023 00:45:00 | Barclaycard, PO Box 8802, Wilmington, DE 19899-8802 |
| 14793417 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:13:40 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14793420 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:36 | Citibank (Best Buy), PO Box 9001007, Louisville, KY 40290-1007 |
| 14793419 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:13:21 | Citibank (Best Buy), PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14796669 | | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14850955 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:58:57 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793424 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14853080 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14833697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:27:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14809817 | + | Email/Text: ebnpeoples@grblaw.com | May 27 2023 00:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14793426 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. as Trustee for the GSAMP Trust 200 |
| 14793418 | * | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14793425 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14853072 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14793421 | ## | Discover Financial Services, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. as Trustee for the GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1 bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Daniel E. Evans chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor U.S. Bank  N.A. as Trustee for the GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6